

FILED
10/03
FEB 2 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

| | | | |
|---|---|---|---|
| JUDICIAL WATCH, INC. | ) | CASE NUMBER   1:06CV00309 | |
| | ) | | |
| vs  Plaintiff | ) Civil Act | JUDGE: Reggie B. Walton | |
| | ) | DECK TYPE: FOIA/Privacy Act | |
| U.S. DEPARTMENT OF DEFENSE | ) | DATE STAMP: 02/22/2006 | |
| Defendant | ) | | |

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Judicial Watch, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Judicial Watch, Inc.__ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

__429716__
BAR IDENTIFICATION NO.

Paul J. Orfanedes
Print Name

__501 School Street, SW, Suite 500__
Address

__Washington__   __DC__   __20024__
City      State      Zip Code

__(202) 646-5172__
Phone Number

2