IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., )<br>   Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>DEFENSE, )<br>   Defendant. )<br>) | Civil Action No. 06-309 (RBW) |

### DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

Defendant United States Department of Defense answers plaintiff's complaint upon information and belief as follows:

#### FIRST DEFENSE

The Court lacks jurisdiction over the subject matter of this complaint because no records have been improperly withheld.

#### SECOND DEFENSE

Plaintiff fails to state a claim upon which relief can be granted.

#### THIRD DEFENSE

In response to the numbered paragraphs of plaintiff's complaint, defendant responds as follows:

1. This sentence contains plaintiff's jurisdictional statement, to which no response is required. To the extent that a response is deemed required, defendant admits only that this action is brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

2. This paragraph contains conclusions of law to which no response is required.

3. This sentence contains plaintiff's characterization of itself and its address. Defendant lacks knowledge sufficient to form a belief as to the nature and location of plaintiff's business.

4. Defendant admits the first sentence. As regards the second sentence, defendant denies.

5. Admit.

6. As regards the first sentence, defendant denies that it explicitly advised plaintiff that it possessed a videotape responsive to the December 15, 2004 request, but admits that defendant declined to produce any videotape responsive to the December 15, 2004 request, citing 5 U.S.C. § 552(b)(7)(A). As regards the second sentence, defendant admits that it advised plaintiff that it had a right to seek an administrative appeal of defendant's decision, and that plaintiff did so on or about March 27, 2005.

7. Admit.

8. This paragraph contains conclusions of law to which no response is required. To the extent a response is deemed required, defendant denies.

9. This sentence simply realleges the previous paragraphs and no response is necessary.

The final, unnumbered paragraph of the complaint, represents a Prayer for Relief to which no response is required. To the extent that a response is deemed required, defendant denies that plaintiff is entitled to the relief requested or to any other relief. Except to the extent expressly admitted or qualified above, defendant denies each and every allegation in the complaint.

WHEREFORE, defendant prays for an order:

(1) denying plaintiff's request for relief;

(2) dismissing plaintiff's complaint with prejudice; and

(3) for such other and further relief as the Court deems just and proper.

Dated: March 28, 2006               Respectfully submitted,

                                                    PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

ELIZABETH J. SHAPIRO (D.C. Bar #418925)
Assistant Director

         /s/
Jonathan E. Zimmerman (MA Bar #654255)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6134
Washington, D.C., 20001
Telephone: (202) 353-0441
Fax: (202) 318-7610
jonathan.zimmerman@usdoj.gov

*Attorneys for Defendant*