IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., <br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF DEFENSE, <br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 06-309 (RBW) |

**DEFENDANT'S UNOPPOSED MOTION AND
MEMORANDUM FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), defendant, the United States Department of Defense ("DoD"), through undersigned counsel, hereby moves for a 30 day extension of time, until May 15, 2006, to respond to plaintiff's Motion for Partial Summary Judgment. Undersigned counsel contacted Plaintiff's counsel pursuant to L. R. Civ. P. 7(m) and was informed that plaintiff does not oppose this motion.

Two days after defendant filed an Answer in this case, plaintiff moved, without consulting defendant for the purposes of establishing a joint briefing schedule, for partial summary judgment solely on the issue of whether defendant is properly exerting the 5 U.S.C. § 552(b)(7)(A) exemption ("Exemption 7(A)") to the Freedom of Information Act's ("FOIA") disclosure requirements. Defendant's response to plaintiff's Motion for Partial Summary Judgment is currently due to be filed on or before April 13, 2006. Because defendant believes that events outside this case will soon render it unnecessary to respond to plaintiff's motion, defendant seeks this extension of time to respond to plaintiff's Motion for Partial Summary

Judgment, the first such extension of time defendant has sought in this case.

As outlined in plaintiff's Complaint, on December 15, 2004, plaintiff sent a FOIA request to defendant seeking, among other things, "Pentagon security video camera recording(s) showing Flight 77 strike and/or hit and/or crash into the Pentagon on September 11, 2001". Compl. at 2. In response, defendant advised plaintiff that it would not produce the requested videotape because the videotape was "still part of an ongoing investigation involving Zacarias Moussaoui," *see id.*, and the videotape was therefore exempt from review pursuant to 5 U.S.C. § 552(b)(7)(A). The basis for the assertion of this exemption to FOIA's disclosure requirements was, and remains, the ongoing investigation and trial of Zacarias Moussaoui for his involvement in the September 11, 2001 terrorist attack on the United States. Once the trial ends, however, defendant will no longer need to withhold the requested videotape pursuant to Exemption 7(A), as the law enforcement proceeding will have drawn to a close. Furthermore, the District Court has ordered the United States to make any evidence published to the jury available to the public no more than one day following publication. *See* Order of March 24, 2006, United States v. Moussaoui, (E.D. Va. No. 01-cr-00455), attached to this motion as Appendix #1. Therefore, once the requested videotape is used in the trial, the United States will make it public the following day, thereby making it readily accessible to plaintiff.

As the Court is no doubt aware, the Moussaoui trial is currently in its final stages. *See* Minute Entry of 4/03/2006, United States v. Moussaoui, (E.D. Va. No. 01-cr-00455), attached to this motion as Appendix #2. Defendant expects the case will draw to a close within the next thirty days. Through either publication of the requested videotape to the jury, or the end of the trial, the requested videotape will soon no longer be subject to Exemption 7(A), and plaintiff's

Motion for Partial Summary Judgment will be rendered moot. Therefore, defendant asks this Court for a thirty day extension of time to respond to plaintiff's Motion for Partial Summary Judgment, expecting that within that time, plaintiff's motion will become moot.

WHEREFORE, the defendant respectfully requests that this Court grant a thirty day extension of time to respond to plaintiff's Motion for Partial Summary Judgment in the above captioned case.

Dated: April 7, 2006      Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

ELIZABETH J. SHAPIRO (D.C. Bar #418925)
Assistant Director

          /s/
Jonathan E. Zimmerman (MA Bar #654255)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6134
Washington, D.C., 20001
Telephone: (202) 353-0441
Fax: (202) 318-7610
jonathan.zimmerman@usdoj.gov

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., )<br>　　　　Plaintiff, )<br> )<br>v. )<br> )<br>UNITED STATES DEPARTMENT OF )<br>DEFENSE, )<br>　　　　Defendant. )<br> ) | Civil Action No. 06-309 (RBW) |

### ORDER

Upon consideration of defendant's motion for a thirty day extension of time to respond to plaintiff's Motion for Partial Summary Judgment, there being no opposition thereto, it is, this _____ day of April, 2006,

ORDERED, that defendant's motion for a thirty day extension of time to respond to plaintiff's Motion for Partial Summary Judgment is granted; and it is

FURTHER ORDERED, that defendant shall file an opposition to plaintiff's Motion for Partial Summary Judgment on, or before, May 15, 2006.

_____
Reggie B. Walton
United States District Judge