# U.S. District Court
## Eastern District of Virginia High Profile Cases (Alexandria)
## CRIMINAL DOCKET FOR CASE #: 1:01-cr-00455-ALL

**Case title:** USA v. Moussaoui
**Other court case number(s):** None
**Magistrate judge case number(s):** None

**Date Filed:** 12/11/01

| Filing Date | # | Docket Text |
|---|---|---|
| 04/04/2006 | 1747 | Proposed Preliminary Jury Instructions for the Final Phase by Zacarias Moussaoui (kcha, ) (Entered: 04/04/2006) |
| 04/04/2006 | 1746 | SEALED RESPONSE by Zacarias Moussaoui to 1733 SEALED MOTION in Limine Regarding Defendant's Mitigation Evidence by USA as to Zacarias Moussaoui. [Filed Under Seal] (kcha, ) (Entered: 04/04/2006) |
| 04/04/2006 | 1745 | ORDER granting 1736 MOTION by Zacarias Moussaoui to Seal pursuant to Local Criminal Rule 49(E). It is further ORDERED that the document filed under seal will remain under seal. The defendant will file a motion to unseal the document if circumstances permit unsealing. Signed by Judge Leonie M. Brinkema on 4/4/06. (jwhe, ) (Entered: 04/04/2006) |
| 04/04/2006 | 1744 | SEALED AMENDED EXHIBIT LIST by USA as to Zacarias Moussaoui [Filed Under Seal] (kcha, ) (Entered: 04/04/2006) |
| 04/04/2006 | 1743 | OPPOSITION by USA as to Zacarias Moussaoui to 1738 SEALED MOTION by Zacarias Moussaoui for a Hearing [Filed Under Seal] (kcha, ) (Entered: 04/04/2006) |
| 04/04/2006 | 1742 | SEALED OPPOSITION by USA as to Zacarias Moussaoui to 1719 SEALED MOTION by Zacarias Moussaoui in Limine Regarding the Government's Selection Phase Evidence. [Filed Under Seal] (kcha, ) (Entered: 04/04/2006) |
| 04/04/2006 | 1741 | Special Verdict Form for Part II by USA as to Zacarias Moussaoui (kcha, ) (Entered: 04/04/2006) |
| 04/04/2006 | 1740 | Proposed Jury Instructions for Part Two of the Bifurcated Penalty Phase by USA as to Zacarias Moussaoui (kcha, ) (Entered: 04/04/2006) |
| 04/03/2006 | | Minute Entry for proceedings held before Judge Leonie M. Brinkema: Jury Trial - Death Penalty Phase as to Zacarias Moussaoui held on 4/3/2006. |

| | | |
|---|---|---|
| | | Jury returned to continue deliberations. Jury returned w/verdict finding deft eligible for death penalty. Jurors excused to return 4/6/06 at 9:30 a.m. and alternate jurors to be notified to return as well. Under Seal Hearing set for 4/5/2006 09:00 AM in Courtroom 700 before District Judge Leonie M. Brinkema. Jury Trial continued to 4/6/2006 09:30 AM before District Judge Leonie M. Brinkema. Deft remanded.(Court Reporter Thomson.) (kcha, ) (Entered: 04/04/2006) |
| 04/03/2006 | 1739 | JURY VERDICT (Redacted - Original in vault) as to Zacarias Moussaoui as to Counts 1, 3, and 4 (kcha, ) (Entered: 04/04/2006) |
| 04/03/2006 | 1738 | SEALED MOTION by Zacarias Moussaoui for a Hearing [Filed Under Seal] (Large Pleading). (jwhe, ) (Entered: 04/04/2006) |
| 04/03/2006 | 1737 | Non-Confidential Memorandum by Zacarias Moussaoui accompanying its 1736 MOTION to Seal pursuant to Local Criminal Rule 49(E). (jwhe, ) (Entered: 04/04/2006) |
| 04/03/2006 | 1736 | MOTION by Zacarias Moussaoui to Seal pursuant to Local Criminal Rule 49(E). (jwhe, ) (Entered: 04/04/2006) |
| 04/03/2006 | 1735 | NOTICE by Zacarias Moussaoui of Filing of Defendant's Motion to Seal pursuant to Local Criminal Rule 49(E) (jwhe, ) (Entered: 04/04/2006) |
| 04/03/2006 | 1734 | RESPONSE by Zacarias Moussaoui to 1726 MOTION and MEMORANDUM in Support to Intervene for the Limited Purpose of Being Heard in Connection with Access to Certain Portions of the Record by All Plaintiffs Named in 21 MC 97, 21 MC 101, and 03 CV 9849,1728 MOTION for Access to Certain Portions of the Record by All Plaintiffs Named in 21 MC 97, 21 MC 101, and 03 CV 9849. (jwhe, ) (Entered: 04/03/2006) |
| 04/03/2006 | 1733 | SEALED MOTION in Limine Regarding Defendant's Mitigation Evidence [Filed Under Seal] by USA as to Zacarias Moussaoui. (jwhe, ) (Entered: 04/03/2006) |
| 04/03/2006 | 1732 | SEALED SUPPLEMENTAL MOTION in Limine Regarding the Government's Selection Phase Evidence [Filed Under Seal] by Zacarias Moussaoui. (jwhe, ) (Entered: 04/03/2006) |
| 03/31/2006 | | Minute Entry for proceedings held before Judge Leonie M. Brinkema: Jury Trial - Death Penalty Phase as to Zacarias Moussaoui held on 3/31/2006. Jury returned to continue deliberations. Jury Trial continued to 4/3/2006 09:30 AM for further deliberations. (kcha, ) (Entered: 03/31/2006) |

| | | |
|---|---|---|
| 03/31/2006 | 1731 | UNDER SEAL and EX PARTE Forensic Report in Response to the 12/14/05 Order (Filed only for the Court's eyes at this time) (jwhe, ) (Entered: 03/31/2006) |
| 03/31/2006 | 1730 | NOTICE OF HEARING ON MOTION in case as to Zacarias Moussaoui 1728 MOTION for Access to Certain Portions of the Record: Motion Hearing set for 4/7/2006 09:00 AM before District Judge Leonie M. Brinkema. (jwhe, ) (Entered: 03/31/2006) |
| 03/31/2006 | 1729 | Memorandum in Support of 1728 MOTION for Access to Certain Portions of the Record by All Plaintiffs Named in 21 MC 97, 21 MC 101, and 03 CV 9849 as to Zacarias Moussaoui (jwhe, ) (Entered: 03/31/2006) |
| 03/31/2006 | 1728 | MOTION for Access to Certain Portions of the Record by All Plaintiffs Named in 21 MC 97, 21 MC 101, and 03 CV 9849 as to Zacarias Moussaoui. (jwhe, ) (Entered: 03/31/2006) |
| 03/31/2006 | 1727 | NOTICE OF HEARING ON MOTION in case as to Zacarias Moussaoui: 1726 MOTION and MEMORANDUM in Support to Intervene for the Limited Purpose of Being Heard in Connection with Access to Certain Portions of the Record: Motion Hearing set for 4/7/2006 09:00 AM before District Judge Leonie M. Brinkema. (jwhe, ) (Entered: 03/31/2006) |
| 03/31/2006 | 1726 | MOTION and MEMORANDUM in Support to Intervene for the Limited Purpose of Being Heard in Connection with Access to Certain Portions of the Record by All Plaintiffs Named in 21 MC 97, 21 MC 101, and 03 CV 9849 as to Zacarias Moussaoui. (jwhe, ) (Entered: 03/31/2006) |
| 03/30/2006 | | Minute Entry for proceedings held before Judge Leonie M. Brinkema: Jury Trial - Death Penalty Phase as to Zacarias Moussaoui held on 3/30/2006. Jury returned to continue deliberations. Deft remanded. Jury Trial continued for further deliberations to 3/31/2006 08:30 AM before District Judge Leonie M. Brinkema. (Court Reporter Thomson.) (kcha, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1725 | SEALED Submission of Reports by USA as to Zacarias Moussaoui re: 1416 Sealed Order [Filed Under Seal] (kcha, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1724 | MOTION by Kirell Francis Taylor as to Zacarias Moussaoui to Intervene (kcha, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1723 | ORDER as to Zacarias Moussaoui that the Clerk docket the pleading by the pro se California prisoner in this file as a Motion to Intervene, and post to the website just the nine page motion. The attachments are too voluminous and irrevelent to this case to justify scanning them into electronic format. The pleading is DISMISSED WITH PREJUDICE. To |

| | | |
|---|---|---|
| | | appeal this decision, the movant must file a written notice of appeal within 10 days. Signed by Judge Leonie M. Brinkema on 3/30/06. (kcha, ) (Entered: 03/30/2006) |
| 03/29/2006 | | Minute Entry for proceedings held before Judge Leonie M. Brinkema: Jury Trial - Death Penalty Phase as to Zacarias Moussaoui held on 3/29/2006. Hearing held on jury instructions. USA appeared through: Rob Spencer and David Novak. Deft appeared w/counsel Gerald Zerkin, Anne Chapman, and Alan Yamamoto. Deft remanded. (Court Reporter Thomson.) (kcha, ) (Entered: 03/30/2006) |
| 03/29/2006 | | Minute Entry for proceedings held before Judge Leonie M. Brinkema: Jury Trial - Death Penalty Phase as to Zacarias Moussaoui held on 3/29/2006. Appearances as previous. Closing arguments heard. The Court charged the jury. 5 alternates selected and excused until further notice. Jury retired to deliberate. Jury to return 3/30/06 at 8:30 a.m. to continue deliberations. Deft remanded. (Court Reporter Thomson/Brynteson.) (kcha, ) (Entered: 03/30/2006) |
| 03/29/2006 | 1722 | ORDER granting 1717 MOTION by Zacarias Moussaoui to Seal pursuant to Local Criminal Rule 49(E). It is further ORDERED that the document filed under seal will remain under seal until the witnesses and evidence at issue are presented to the jury, at which time the pertinent material will automatically be unsealed. Signed by Judge Leonie M. Brinkema on 3/29/06. (kcha, ) (Entered: 03/30/2006) |
| 03/29/2006 | 1721 | Special Verdict Form (kcha, ) (Entered: 03/30/2006) |
| 03/28/2006 | | Minute Entry for proceedings held before Judge Leonie M. Brinkema: Jury Trial - Death Penalty Phase as to Zacarias Moussaoui held on 3/28/2006. Appearances as previous. Defense adduced evidence and rests. Rebuttal witness by govt. Charge conference held. Defense renews motion to strike death notice - denied. Jury Trial continued to 3/29/2006 01:00 PM before District Judge Leonie M. Brinkema. Deft remanded.(Court Reporter Thomson/Brynteson.) (kcha, ) (Entered: 03/30/2006) |
| 03/28/2006 | 1720 | Trial Exhibit Certificate of Review signed off by attorneys for USA, Zacarias Moussaoui (kcha, ) (Entered: 03/30/2006) |
| 03/28/2006 | 1719 | SEALED MOTION by Zacarias Moussaoui in Limine Regarding the Government's Selection Phase Evidence. [Filed Under Seal] (jwhe, ) (Entered: 03/28/2006) |
| 03/28/2006 | 1718 | Non-Confidential Memorandum by Zacarias Moussaoui accompanying its 1717 MOTION to Seal pursuant to Local Rule 49(E) (jwhe, ) (Entered: 03/28/2006) |

| | | |
|---|---|---|
| 03/28/2006 | 1717 | MOTION by Zacarias Moussaoui to Seal pursuant to Local Criminal Rule 49(E). (jwhe, ) (Entered: 03/28/2006) |
| 03/28/2006 | 1716 | NOTICE by Zacarias Moussaoui of Filing of Defendant's Motion to Seal pursuant to Local Criminal Rule 49(E) (jwhe, ) (Entered: 03/28/2006) |
| 03/28/2006 | 1715 | SEALED PROPOSED EXHIBIT LIST by Zacarias Moussaoui [Filed Under Seal] (jwhe, ) (Entered: 03/28/2006) |
| 03/28/2006 | 1714 | SEALED TRANSCRIPT (Vol. IX-A) of Bench Conference as to Zacarias Moussaoui held on March 23, 2006 2:55 p.m. before Judge Brinkema. Court Reporter: Thomson/Brynteson. (jwhe, ) (Entered: 03/28/2006) |
| 03/28/2006 | 1713 | REDACTED TRANSCRIPT (Vol. IX) of Jury Proceedings as to Zacarias Moussaoui held on March 23, 2006 9:30 a.m. before Judge Brinkema. Court Reporter: Thomson/Brynteson. (jwhe, ) (Entered: 03/28/2006) |
| 03/28/2006 | 1712 | SEALED TRANSCRIPT (Vol. IX) of Jury Proceedings as to Zacarias Moussaoui held on March 23, 2006 9:30 a.m. before Judge Brinkema. Court Reporter: Thomson/Brynteson. (jwhe, ) (Entered: 03/28/2006) |
| 03/28/2006 | 1711 | REDACTED TRANSCRIPT (Vol. VIII) of Jury Proceedings as to Zacarias Moussaoui held on March 22, 2006 9:30 a.m. before Judge Brinkema. Court Reporter: Thomson/Brynteson. (jwhe, ) (Entered: 03/28/2006) |
| 03/28/2006 | 1710 | SEALED TRANSCRIPT (Vol. VIII) of Jury Proceedings as to Zacarias Moussaoui held on March 22, 2006 9:30 a.m. before Judge Brinkema. Court Reporter: Thomson/Brynteson. (jwhe, ) (Entered: 03/28/2006) |
| 03/28/2006 | 1709 | REDACTED TRANSCRIPT (Vol. VII) of Jury Proceedings as to Zacarias Moussaoui held on March 21, 2006 10:00 a.m. before Judge Brinkema. Court Reporter: Thomson/Brynteson. (jwhe, ) (Entered: 03/28/2006) |
| 03/28/2006 | 1708 | SEALED TRANSCRIPT (Vol. VII) of Jury Proceedings as to Zacarias Moussaoui held on March 21, 2006 10:00 a.m. before Judge Brinkema. Court Reporter: Thomson/Brynteson. (jwhe, ) (Entered: 03/28/2006) |
| 03/28/2006 | 1707 | REDACTED TRANSCRIPT (Vol. VI) of Jury Proceedings as to Zacarias Moussaoui held on March 20, 2006 9:30 a.m. before Judge Brinkema. Court Reporter: Thomson/Brynteson. (jwhe, ) (Entered: 03/28/2006) |
| 03/28/2006 | 1706 | SEALED TRANSCRIPT (Vol. VI) of Jury Trial Proceedings as to Zacarias Moussaoui held on March 20, 2006 9:30 a.m. before Judge Brinkema. Court Reporter: Thomson/Brynteson. (jwhe, ) (Entered: |

| | | |
|---|---|---|
| | | 03/28/2006) |
| 03/28/2006 | 1705 | Government's Objections to 1701 Proposed Jury Instructions for the Eligibility Phase by Zacarias Moussaoui (jwhe, ) (Entered: 03/28/2006) |
| 03/27/2006 | | Minute Entry for proceedings held before Judge Leonie M. Brinkema: Jury Trial - Death Penalty Phase as to Zacarias Moussaoui held on 3/27/2006. Appearances as previous. Defense adduced evidence. Deft's renewed motion for dismissal of death notice - argued and denied. Jury Trial continued to 3/28/2006 09:30 AM before District Judge Leonie M. Brinkema. Deft remanded.(Court Reporter Thomson/Brynteson.) (kcha, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1704 | Defendant's Objections to Government's Proposed Jury Instructions for the Eligibility Phase (jwhe, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1703 | SEALED AMENDED EXHIBIT LIST by USA as to Zacarias Moussaoui [Filed Under Seal] (jwhe, ) (Entered: 03/27/2006) |
| 03/24/2006 | 1702 | Special Verdict Form by Zacarias Moussaoui (kcha, ) (Entered: 03/25/2006) |
| 03/24/2006 | 1701 | Proposed Jury Instructions for the Eligibility Phase by Zacarias Moussaoui (kcha, ) (Entered: 03/25/2006) |
| 03/24/2006 | 1700 | For the reasons stated on the record, ORDER as to Zacarias Moussaoui that starting with the afternoon session of 3/22/06 trial counsel must arrange for the public availability of all documentary exhibits that have been admitted into evidence and published in their entirety to the jury. Such exhibits must be available no later than 10:00 a.m. on the business day immediately following the day the exhibit was fully published to the jury. It is hereby ORDERED that the transcript of the sealed hearing held 3/20/06, from 9:00 a.m. to 10:00 a.m., will be unsealed by noon 3/27/06, unless counsel advise the Court of any opposition to unsealing the transcript. It is hereby ORDERED that the subpoena for Carla Martin is QUASHED and the hearing scheduled for 9:00 a.m. 3/27/06 is cancelled. Signed by Judge Leonie M. Brinkema on 3/24/06. (kcha, ) (Entered: 03/24/2006) |
| 03/23/2006 | | Minute Entry for proceedings held before Judge Leonie M. Brinkema: Jury Trial - Death Penalty Phase as to Zacarias Moussaoui held on 3/23/2006. Appearances as previous. Govt adduced evidence and rests. Deft's Rule 29 Motion - argued and denied w/out prejudice. Defense adduced evidence. Jury Trial continued to 3/27/2006 09:30 AM before District Judge Leonie M. Brinkema. Deft remanded.(Court Reporter Thomson/Brynteson.) (kcha, ) (Entered: 03/25/2006) |

| | | |
|---|---|---|
| 03/23/2006 | 1699 | EX PARTE and SEALED ORDER as to Zacarias Moussaoui granting 1696 EX PARTE and SEALED MOTION for Authorization for Payment of Expenses [Filed Under Seal]. Signed by Judge Leonie M. Brinkema on 3/23/06. (jwhe, ) (Entered: 03/23/2006) |
| 03/23/2006 | 1698 | SEALED TRANSCRIPT of Evidentiary Hearing Proceedings as to Zacarias Moussaoui held on March 21, 2006 9:00 a.m. before Judge Brinkema. Court Reporter: Thomson/Brynteson. (jwhe, ) (Entered: 03/23/2006) |
| 03/23/2006 | 1697 | TRANSCRIPT of Telephone Conference Proceedings as to Zacarias Moussaoui held on March 17, 2006 12:45 p.m. before Judge Brinkema. Court Reporter: Thomson/Brynteson. (jwhe, ) (Entered: 03/23/2006) |
| 03/22/2006 | | Minute Entry for proceedings held before Judge Leonie M. Brinkema: Jury Trial - Death Penalty Phase as to Zacarias Moussaoui held on 3/22/2006. Appearances as previous. Government continued to adduce evidence. Jury Trial continued to 3/23/2006 09:30AM before District Judge Leonie M. Brinkema. Deft remanded.(Court Reporter Thomson/Brynteson.) (kcha, ) (Entered: 03/22/2006) |
| 03/22/2006 | 1696 | EX PARTE and SEALED MOTION for Authorization for Payment of Expenses by Zacarias Moussaoui [Filed Under Seal]. (jwhe, ) (Entered: 03/22/2006) |
| 03/21/2006 | | Minute Entry for proceedings held before Judge Leonie M. Brinkema: Under Seal Hearing as to Zacarias Moussaoui held on 3/21/2006. USA appeared through: Rob Spencer, David Novak, and David Raskin. Deft appeared through: Ed MacMahon, Gerald Zerkin, Anne Chapman, Alan Yamamoto, and Ken Troccoli. Deft remanded. (Court Reporter Thomson.) (kcha, ) (Entered: 03/21/2006) |
| 03/21/2006 | | Minute Entry for proceedings held before Judge Leonie M. Brinkema: Jury Trial - Death Penalty Phase as to Zacarias Moussaoui held on 3/21/2006. USA appeared through: Rob Spencer, David Raskin, and David Novak. Deft appeared through: Ed MacMahon, Gerald Zerkin, Ken Troccoli, Anne Chapman, and Alan Yamamoto. Govt continued to adduce evidence. Jury Trial continued to 3/22/2006 09:30 AM before District Judge Leonie M. Brinkema. Deft remanded.(Court Reporter Thomson/Brynteson.) (kcha, ) (Entered: 03/21/2006) |
| 03/21/2006 | 1695 | SEALED ORDER as to Zacarias Moussaoui granting 1693 SEALED SECOND MOTION to Amend Witness List by USA as to Zacarias Moussaoui [Filed Under Seal]. Signed by Judge Leonie M. Brinkema on 3/21/06. (jwhe, ) (Entered: 03/22/2006) |

| | | |
|---|---|---|
| 03/21/2006 | 1694 | MOTION by Zacarias Moussaoui to Amend Court's Order of 3/17/06. (kcha, ) (Entered: 03/21/2006) |
| 03/20/2006 | | Minute Entry for proceedings held before Judge Leonie M. Brinkema: Jury Trial - Death Penalty Phase as to Zacarias Moussaoui held on 3/20/2006. USA appeared through: Spencer, Raskin, and Novak. Deft appeared w/counsel MacMahon, Zerkin, Troccoli, Chapman, and Yamamoto. Govt continued to adduce evidence. CIPA hearing set 3/21/06 9:00 AM before District Judge Leonie M. Brinkema. Jury Trial continued to 3/21/2006 10:00 AM before District Judge Leonie M. Brinkema. Deft remanded.(Court Reporter Thomson/Brynteson.) (kcha, ) (Entered: 03/20/2006) |
| 03/20/2006 | 1693 | SEALED SECOND MOTION to Amend Witness List by USA as to Zacarias Moussaoui [Filed Under Seal]. (jwhe, ) (Entered: 03/20/2006) |
| 03/17/2006 | 1692 | TRANSCRIPT of Evidentiary Hearing Proceedings as to Zacarias Moussaoui held on March 14, 2006 9:30 a.m. before Judge Brinkema. Court Reporter: Thomson/Brynteson. (jwhe, ) (Entered: 03/20/2006) |
| 03/17/2006 | 1691 | SEALED TRANSCRIPT (Vol. IV-A) of Jury Trial Proceedings as to Zacarias Moussaoui held on March 9, 2006 1:30 p.m. before Judge Brinkema. Court Reporter: Thomson/Brynteson. (jwhe, ) (Entered: 03/20/2006) |
| 03/17/2006 | 1690 | TRANSCRIPT (Vol.V) of Jury Trial Proceedings as to Zacarias Moussaoui held on March 13, 2006 9:30 a.m. before Judge Brinkema. Court Reporter: Thomson/Brynteson. (jwhe, ) (Entered: 03/20/2006) |
| 03/17/2006 | 1689 | RESPONSE by USA to 1688 MOTION by Zacarias Moussaoui to Reconvene Evidentiary Hearing (kcha, ) (Entered: 03/17/2006) |
| 03/17/2006 | 1688 | MOTION by Zacarias Moussaoui to Reconvene Evidentiary Hearing. (kcha, ) (Entered: 03/17/2006) |
| 03/17/2006 | 1687 | SEALED AMENDED EXHIBIT LIST by USA as to Zacarias Moussaoui [Filed Under Seal] (kcha, ) (Entered: 03/17/2006) |
| 03/17/2006 | 1686 | For the reasons stated on the record during a telephone conference, ORDER granting in part and denying in part 1684 MOTION by USA for Reconsideration of the Court's 1681 Order Striking All Aviation Evidence in this Case as to Zacarias Moussaoui (1). Signed by Judge Leonie M. Brinkema on 3/17/06. (kcha, ) (Entered: 03/17/2006) |
| 03/16/2006 | 1685 | OPPOSITION by Zacarias Moussaoui to 1684 MOTION by USA for |

| | | |
|---|---|---|
| | | Reconsideration of the Court's 1681 Order Striking All Aviation Evidence in this Case as to Zacarias Moussaoui. (kcha, ) (Entered: 03/16/2006) |
| 03/15/2006 | 1684 | MOTION by USA for Reconsideration of the Court's 1681 Order Striking All Aviation Evidence in this Case as to Zacarias Moussaoui. (stas) (Entered: 03/15/2006) |
| 03/15/2006 | 1683 | SEALED EXHIBIT LIST for Phase II - Mitigation by Zacarias Moussaoui [Filed Under Seal] (stas) (Entered: 03/15/2006) |
| 03/14/2006 | | Minute Entry for proceedings held before Judge Leonie M. Brinkema: Evidentiary Hearing as to Zacarias Moussaoui held on 3/14/2006. USA appeared through: Rob Spencer, David Raskin, and David Novak. Deft appeared with counsel Ed MacMahon, Ken Troccoli, Alan Yamamoto, and Anne Chapman. Evidence adduced. Deft's Motion to Dismiss the Death Notice - argued and granted in part, denied in part. Order to follow. Deft remanded. (Court Reporter Thomson/Brynteson). (kcha, ) (Entered: 03/14/2006) |
| 03/14/2006 | 1682 | For the reasons stated on the record during a telephone conference, ORDER as to Zacarias Moussaoui that the government's request for a stay of the trial proceedings until 3/20/06 is GRANTED, and it is hereby ORDERED that the trial will be in recess until 3/20/06 at 9:30 AM. Jury Trial reset for 3/20/2006 09:30 AM before District Judge Leonie M. Brinkema. Signed by Judge Leonie M. Brinkema on 3/14/06. (kcha, ) (Entered: 03/14/2006) |
| 03/14/2006 | 1681 | For the reasons stated in open court, ORDER as to Zacarias Moussaoui that the Defendant's Memorandum in Support of His Motion to Dismiss the Death Notice and for Other Relief (Docket #1677) be and is GRANTED IN PART and DENIED IN PART. The motion is GRANTED to the extent that the government is precluded from introducing aviation related evidence, including witness testimony and exhibits. The motion is DENIED to the extent that the death notice is not dismissed. Signed by Judge Leonie M. Brinkema on 3/14/06. (kcha, ) (Entered: 03/14/2006) |
| 03/13/2006 | | Minute Entry for proceedings held before Judge Leonie M. Brinkema: Jury Trial - Death Penalty Phase as to Zacarias Moussaoui held on 3/13/2006. USA appeared through: Rob Spencer, David Novak, and David Raskin. Deft appeared w/counsel Ed MacMahon, Ken Troccoli, Alan Yamamoto, and Anne Chapman. Deft's motion to dismiss death notice - argued and taken under advisement. Evidentiary Hearing set for 3/14/2006 09:30 AM before District Judge Leonie M. Brinkema. Deft remanded.(Court Reporter Thomson/Brynteson.) (kcha, ) (Entered: 03/13/2006) |

| Date | No. | Description |
|---|---|---|
| 03/13/2006 | 1680 | Government's Reply to 1677 Memorandum by Zacarias Moussaoui in Support of his Motion to Dismiss the Death Notice and for Other Relief. (jwhe, ) (Entered: 03/14/2006) |
| 03/13/2006 | 1679 | Letter to counsel from U.S. Court of Appeals re: we docketed the petition for writ of mandamus, No. 06-1301, on 3/10/06. (jwhe, ) (Entered: 03/14/2006) |
| 03/13/2006 | 1678 | Memorandum by USA in Opposition to Defendant's Motion to Dismiss the Death Notice and/or Exclusion of Witnesses as to Zacarias Moussaoui (stas) (Entered: 03/13/2006) |
| 03/13/2006 | 1677 | Memorandum by Zacarias Moussaoui in Support of his Motion to Dismiss the Death Notice and for Other Relief. (stas) (Entered: 03/13/2006) |
| 03/13/2006 | 1676 | REDACTED TRANSCRIPT (Vol. IV-A) of Jury Trial Proceedings as to Zacarias Moussaoui held on March 9, 2006 1:30 p.m. before Judge Brinkema. Court Reporter: Thomson/Brynteson. (jwhe, ) (Entered: 03/13/2006) |
| 03/13/2006 | 1675 | TRANSCRIPT (Vol. IV) of Jury Trial Proceedings as to Zacarias Moussaoui held on March 9, 2006 9:30 a.m. before Judge Brinkema. Court Reporter: Thomson/Brynteson. (jwhe, ) (Entered: 03/13/2006) |
| 03/13/2006 | 1674 | TRANSCRIPT (Vol. III-A) of Jury Trial Proceedings as to Zacarias Moussaoui held on March 8, 2006 1:30 p.m. before Judge Brinkema. Court Reporter: Thomson/Brynteson (jwhe, ) (Entered: 03/13/2006) |
| 03/13/2006 | 1673 | REDACTED TRANSCRIPT (Vol. III) of Jury Trial Proceedings as to Zacarias Moussaoui held on March 8, 2006 9:30 a.m. before Judge Brinkema. Court Reporter: Thomson/Brynteson. (jwhe, ) (Entered: 03/13/2006) |
| 03/13/2006 | 1672 | SEALED TRANSCRIPT (Vol. III) of Jury Trial Proceedings as to Zacarias Moussaoui held on March 8, 2006 9:30 a.m. before Judge Brinkema. Court Reporter: Thomson/Brynteson. (jwhe, ) (Entered: 03/13/2006) |
| 03/13/2006 | 1671 | SEALED Ex Parte Communication by USA as to Zacarias Moussaoui (Redacted version publicly available) (kcha, ) (Entered: 03/13/2006) |
| 03/10/2006 | 1670 | ORDER denying 1571 MOTION for Access to Certain Portions of the Record by The Associated Press, USA Today, The Washington Post Company, The New York Times Company, The Hearst Corporation, NBC Universal, Inc., Cable News Network, LP, LLLP, The Reporters |

| | | |
|---|---|---|
| | | Committee for Freedom of the Press. Signed by Judge Leonie M. Brinkema on 3/10/06. (kcha, ) (Entered: 03/10/2006) |
| 03/10/2006 | 1669 | SEALED AMENDED EXHIBIT LIST by USA as to Zacarias Moussaoui [Filed Under Seal] (kcha, ) (Entered: 03/10/2006) |
| 03/10/2006 | 1668 | TRANSCRIPT (Vol. II-A) of Jury Trial Proceedings as to Zacarias Moussaoui held on March 7, 2006 1:30 p.m. before Judge Brinkema. Court Reporter: Thomson/Brynteson. (jwhe, ) (Entered: 03/10/2006) |
| 03/10/2006 | 1667 | TRANSCRIPT (Vol. II) of Jury Trial Proceedings as to Zacarias Moussaoui held on March 7, 2006 10:00 a.m. before Judge Brinkema. Court Reporter: Thomson/Brynteson. (jwhe, ) (Entered: 03/10/2006) |
| 03/10/2006 | 1666 | TRANSCRIPT (Vol. I-A) of Jury Trial Proceedings as to Zacarias Moussaoui held on March 6, 2006 2:00 p.m. before Judge Brinkema. Court Reporter: Thomson/Brynteson. (jwhe, ) (Entered: 03/10/2006) |
| 03/10/2006 | 1665 | TRANSCRIPT Excerpt (Vol. I) of Jury Trial Proceedings as to Zacarias Moussaoui held on March 6, 2006 10:00 a.m. before Judge Brinkema. Court Reporter: Thomson/Brynteson. (jwhe, ) (Entered: 03/10/2006) |
| 03/09/2006 | | Minute Entry for proceedings held before Judge Leonie M. Brinkema: CIPA Hearing held on 3/9/2006 prior to commencement of trial; Jury Trial - Death Penalty Phase as to Zacarias Moussaoui held on 3/9/2006. USA appeared through: Rob Spencer, David Raskin, and David Novak. Deft appeared through: Gerald Zerkin, Ed MacMahon, Alan Yamamoto, Ken Troccoli, and Anne Chapman. Govt continued to adduce evidence. Deft's motion for mistrial - argued and denied. Jury Trial continued to 3/13/2006 09:30 AM before District Judge Leonie M. Brinkema. Deft remanded. (Court Reporter Thomson/Brynteson.) (kcha, ) (Entered: 03/09/2006) |
| 03/09/2006 | 1664 | Letter Constituting CIPA Section 4 Filing [Filed Under Seal with the Court Security Officer] (jwhe, ) (Entered: 03/09/2006) |
| 03/09/2006 | 1663 | SEALED AMENDED EXHIBIT LIST by USA as to Zacarias Moussaoui [Filed Under Seal] (jwhe, ) (Entered: 03/09/2006) |