IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                   )
JUDICIAL WATCH, INC.,                    )
                    Plaintiff,                       )
                                                   )
        v.                                          )        Civil Action No. 06-309 (RBW)
                                                   )
UNITED STATES DEPARTMENT OF       )
DEFENSE,                                     )
                    Defendant.                    )
_____)

ORDER

Upon consideration of defendant's motion for a thirty day extension of time to respond to

plaintiff's Motion for Partial Summary Judgment, there being no opposition thereto, it is, this

_____ day of April, 2006,

ORDERED, that defendant's motion for a thirty day extension of time to respond to

plaintiff's Motion for Partial Summary Judgment is granted; and it is

FURTHER ORDERED, that defendant shall file an opposition to plaintiff's Motion for

Partial Summary Judgment on, or before, May 15, 2006.


                                            _____
                                                   Reggie B. Walton
                                                   United States District Judge