IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 06-0309 (RBW) |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF DEFENSE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that Meredith Di Liberto of Judicial Watch, Inc. hereby enters her appearance on behalf of Plaintiff in the above-captioned matter.

Respectfully submitted,

JUDICIAL WATCH, INC.

/s/  Meredith Di Liberto
Meredith Di Liberto
DC Bar No. 487733
Suite 500
501 School Street, S.W.
Washington, D.C.  20024
(202) 646-5172

Attorneys for Plaintiff