|  |  |
|---|---|
| JUDICIAL WATCH, INC., | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-309 (RBW) |
| | ) |
| UNITED STATES DEPARTMENT OF DEFENSE, | ) |
| Defendant. | ) |

# EXHIBIT 1



**DEPARTMENT OF DEFENSE**
OFFICE OF FREEDOM OF INFORMATION
1155 DEFENSE PENTAGON
WASHINGTON, DC 20301-1155

15 MAY 2006

Ref: 05-F-0535

Mr. Christopher Farrell
Judicial Watch
501 School Street, SW
5th Floor
Washington, DC 20024

Dear Mr. Farrell:

This is in response to your December 14, 2004, Freedom of Information Act (FOIA) request, FOIA appeal of March 27, 2005, and complaint filed in the U.S. District Court for the District of Columbia. Now that the trial of Zacarias Moussaoui is over, we are able to complete your request and provide you the video responsive to item three of your request. You can send a courier to our office, 1777 N. Kent Street, Rosslyn, Arlington, VA, after 1:00 PM, on Tuesday, May 16, 2006 to pick it up. Please call us at (703) 696-4689, and ask for Mr. Maier, to arrange this.

Sincerely,

*Will Kammer*

Will Kammer
Chief