IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., )<br>           Plaintiff, )<br>)<br>v.           )<br>)<br>UNITED STATES DEPARTMENT OF )<br>DEFENSE,           )<br>           Defendant. )<br>) | Civil Action No. 06-309 (RBW) |

**DEFENDANT'S STATEMENT OF GENUINE ISSUES OF MATERIAL FACT IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Local Civil Rule 56.1, defendant respectfully submits this Statement of Genuine Issues of Material Fact In Opposition to Plaintiffs' Motion for Partial Summary Judgment. Defendant moves the Court to deny plaintiffs' motion and to dismiss in accordance with Fed. R. Civ. P. 12(b)(1), and (b)(6).

Defendant hereby submits this Statement of Genuine Issues of Material Fact in response to plaintiffs' Statement of Material Facts Not in Dispute filed March 30, 2006. Defendant will respond individually to each of the assertions in plaintiffs' Statement of Material Facts Not in Dispute.

STATEMENT OF GENUINE ISSUES OF MATERIAL FACT

1. Undisputed.

2. Undisputed.

3. Undisputed.

4. Undisputed.

5. Undisputed.

6. Disputed. This is a conclusion of law which defendant disputes. Moreover, as a factual matter, defendant is no longer withholding the requested record pursuant to 5 U.S.C. § 552(b)(7)(A), and will make the requested record available to plaintiff beginning May 16, 2006, at 1:00 PM. *See* Exhibit #1 to Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment and Motion to Dismiss Case As Moot.

Dated: May 15, 2006                Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General
KENNETH L. WAINSTEIN
United States Attorney
ELIZABETH J. SHAPIRO (D.C. Bar #418925)
Assistant Director

　　　　/s/
Jonathan E. Zimmerman (MA Bar #654255)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6134
Washington, D.C., 20001
Telephone: (202) 353-0441
Fax: (202) 318-7610
jonathan.zimmerman@usdoj.gov

*Attorneys for Defendant*