IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., <br>     Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF DEFENSE, <br>     Defendant. | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 06-309 (RBW) |

### ORDER

Upon consideration of defendant's opposition to plaintiff's motion for partial summary judgment and motion to dismiss, it appearing to the Court that this case is now moot, it is, this _____ day of _____, 2006,

ORDERED, that plaintiff's motion for partial summary judgment is denied; and it is

FURTHER ORDERED, that defendant's motion to dismiss is granted.

_____
Reggie B. Walton
United States District Judge