IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 06-00309 (RBW) |
| ) | |
| U.S. DEPARTMENT OF DEFENSE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### JOINT STIPULATED DISMISSAL

Plaintiff, Judicial Watch, Inc., and Defendant, U.S. Department of Defense, by counsel and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate and agree to the dismissal of this action, each party to bear its own attorney fees and costs.

SO STIPULATED AND AGREED.

| | |
|---|---|
| JUDICIAL WATCH, INC. | PETER D. KEISLER<br>Assistant Attorney General |
| | |
| | KENNETH L. WAINSTEIN |
| /s/ Meredith L. Di Liberto | United States Attorney |
| JUDICIAL WATCH, INC. | |
| D.C. Bar No.: 487733 | |
| 501 School Street, S.W. | /s/ Jonathan E. Zimmerman |
| Suite 500 | MA Bar No.: 654255 |
| Washington, D.C. 20024 | U.S. Department of Justice |
| Tel.: (202) 646-5172 | Civil Division, Federal Programs Branch |
| Fax.:(202) 646-5199 | 20 Massachusetts Avenue, N.W. Room 6120 |
| | Washington, D.C. 20530 |
| Attorneys for Plaintiff | Tel.: (202) 616-8335 |
| | Fax.:(202) 318-7610 |
| | |
| | Attorneys for Defendant |

May 25, 2006