IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,      ) | |
|                  Plaintiff,      ) | |
| v.      ) | Case No. 06-00309 (RBW) |
| U.S. DEPARTMENT OF DEFENSE,      ) | |
|                  Defendant.      ) | |

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Stipulation of Dismissal, and the record herein, it is hereby ORDERED that:

1. The Joint Stipulation of Dismissal is granted.

2. This action is dismissed, each party to bear its own attorneys fees and costs.

SO ORDERED

DATE: _____          _____
                                                                           The Honorable Reggie B. Walton
                                                                           Untied States District Judge